

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,909-04

**EX PARTE JEREMY DEMOND WARD, Applicant**

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. W18-75030-M(A)
### IN THE 194TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of murder and sentenced to 80 years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Ward v. State,* No. 05-18-01498-CR (Tex. App.—Dallas May 13, 2020). Applicant filed this application for writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely notify him when his appeal was affirmed and did not timely inform him of his right to file a pro se PDR. We have determined that Applicant, through no fault of his own, was denied timely notice of the Court of Appeals' affirrnance and of the right to file a pro se petition for discretionary review.

Relief is granted.  *Smith v. Robbins*, 528 U.S. 259 (2000); *Ex parte Miller*, 330 S.W.3d 610 (Tex. Crim. App. 2009).  Applicant may file an out-of-time PDR of the judgment of the Fifth Court of Appeals in case number 05-18-01498-CR that affirmed his conviction in cause number F18-75030-M from the 194th District Court of Dallas County.  Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: January 13, 2021
Do not publish